IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOEL RUMUALDO MUNOZ and VICTOR RODRIGUEZ, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action File No.: 1:16-CV-00677-ODE |
| v. | ) ) ) | |
| TACO SUPERMARKET, INC. | ) ) | |
| Defendant. | ) | |

## ANSWER TO COMPLAINT

Defendant TACO SUPERMARKET, INC. hereby files its Answer to the Plaintiffs' Complaint as follows:

1.

The allegations of paragraph 1 of the Complaint are hereby admitted.

2.

The allegations of paragraph 2 of the Complaint are hereby admitted.

3.

The allegations of paragraph 3 of the Complaint are hereby admitted.

4.

The allegations of paragraph 4 of the Complaint are hereby admitted.

5.

The allegations of paragraph 5 of the Complaint are hereby admitted.

6.

It is hereby admitted that Plaintiffs work at Defendant's grocery store. The remaining allegations of paragraph 6 of the Complaint are hereby denied.

7.

The allegations of paragraph 7 of the Complaint are hereby admitted.

8.

The allegations of paragraph 8 of the Complaint are hereby admitted.

9.

The allegations of paragraph 9 of the Complaint are hereby admitted.

10.

The allegations of paragraph 10 of the Complaint are hereby admitted.

11.

The allegations of paragraph 11 of the Complaint are hereby admitted.

12.

Defendant denies the allegations of paragraph 12 of the Complaint.

13.

Defendant denies the allegations of paragraph 13 of the Complaint.

14.

Defendant denies the allegations of paragraph 14 of the Complaint.

15.

Defendant denies the allegations of paragraph 15 of the Complaint.

16.

Defendant incorporates its responses to paragraph 1 through 15 herein.

17.

The allegations of paragraph 17 of the Complaint are hereby admitted.

18.

The allegations of paragraph 18 of the Complaint are hereby admitted.

19.

Defendant denies the allegations of paragraph 19 of the Complaint.

20.

Defendant denies the allegations of paragraph 20 of the Complaint.

21.

Defendant denies the allegations of paragraph 21 of the Complaint.

22.

Defendant denies the allegations of paragraph 22 of the Complaint.

WHEREFORE, Defendant prays that the Complaint be dismissed with prejudice with costs and expenses cast against Plaintiff.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted,

/s/ Kennon Peebles, Jr.
_____
Kennon Peebles, Jr.
Attorney for Defendant
Georgia Bar No.: 570151

3296 Summit Ridge Pkwy
Suite 1720
Duluth, Georgia 30096
Tel: 470-395-4427
Fax: 678-261-0904
Email: kennon@peebleslaw.net

## **Font Certification**

In accordance with Local Rule 5.1 C, I hereby certify that this document was prepared with the font 14 point Times New Roman.

/s/ Kennon Peebles, Jr.
_____
Kennon Peebles, Jr.
Attorney for Defendant
Georgia Bar No.: 570151

# Certificate of Service

I hereby certify that I am over the age of eighteen and that on the 22 day of March, 2016, I served a copy of the foregoing Answer to Complaint upon Counsel for Plaintiff by placing the same in United States mail, with sufficient postage attached thereto to ensure delivery, addressed to:

Gordon Van Remmen, Esq.
Hall & Lampros, LLP
1230 Peachtree Street, N.E.
Suite 950
Atlanta, Georgia 30309

This the 22 day of March, 2016.

/s/ Kennon Peebles, Jr.
_____
Kennon Peebles, Jr.
Attorney for Defendant
Georgia Bar No.: 570151

3296 Summit Ridge Pkwy
Suite 1720
Duluth, Georgia 30096
Tel: 470-395-4427
Fax: 678-261-0904
Email: kennon@peebleslaw.net