IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOEL RUMUALDO MUNOZ, and VICTOR RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> TACO SUPERMARKET, INC., <br><br> Defendant, | Case No. 1:16-cv-00677-ODE |

## **JUDGEMENT**

The court has **ORDERED and ADJUDGED** that:

(1) The Plaintiff Joel Rumualdo Munoz recover from the Defendant Taco Supermarket, Inc. the amount of Eight Thousand Five Hundred dollars ($8,500.00);

(2) The Plaintiff Victor Rodriguez recover from the Defendant Taco Supermarket, Inc. the amount of Eight Thousand Five Hundred dollars ($8,500.00);

(3) The Plaintiffs' counsel Hall & Lampros, LLP recover from the Defendant Taco Supermarket, Inc. the amount of Eight Thousand Five Hundred dollars ($8,500.00); and

(4) The Plaintiffs Joel Rumualdo Munoz and Victor Rodriguez for attorneys' fees recover from the Defendant Taco Supermarket, Inc. the amount of One Thousand Two Hundred Forty-Two and 50/100 dollars ($1,242.50).

Dated at Atlanta, Georgia this 5th day of May, 2017.

                                      **JAMES N. HATTEN**
                                      CLERK OF COURT

                                      _s/ Brittney Walker_
                                        **Deputy Clerk**

Filed and Entered
In the Clerk's Office
May 5, 2017
James N. Hatten
Clerk of Court
By: s/ Brittney Walker
      Deputy Clerk